# Supreme Court of Florida

---

No. SC2024-1765

---

**IN RE: AMENDMENTS TO FLORIDA SMALL CLAIMS RULES 7.010 AND 7.020.**

October 23, 2025

PER CURIAM.

The Small Claims Rules Committee has filed a report proposing amendments to Florida Small Claims Rules 7.010 (Title and Scope) and 7.020 (Applicability of Rules of Civil Procedure).[1] The Florida Bar's Board of Governors recommends acceptance of the proposed amendments. The proposed amendments were published by the Committee, and one comment was received. We republished the proposed amendments and received no comments.

Having considered the Committee's report and the comment the Committee received, we hereby amend rules 7.010 and 7.020 with a modification to the Committee's proposal. As the Committee

---

1. We have jurisdiction. *See* art. V, § 2(a), Fla. Const.; *see also* Fla. R. Gen. Prac. & Jud. Admin. 2.140(b)(1).

proposes, minor stylistic changes are made throughout rules 7.010 and 7.020 to conform with this Court's guidelines for rules submissions, and rule 7.020(a) is amended to add subdivisions (a) through (d) of Florida Rule of Civil Procedure 1.190 to the list of civil procedure rules applicable to actions brought under the Small Claims Rules.

Regarding this Court's modification to the Committee's proposal, the Committee proposed adding to rule 7.010(b) a sentence reading: "These rules do not apply to an action that includes a claim for foreclosure." We decline to amend rule 7.010 in this manner.

Accordingly, Florida Small Claims Rules 7.010 and 7.020 are amended as set forth in the appendix to this opinion. New language is indicated by underscoring; deletions are indicated by struck-through type. The amendments shall become effective January 1, 2026, at 12:01 a.m.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Small Claims Rules

Amanda Roath Duffy, Chair, Small Claims Rules Committee, Tampa, Florida, Zoran David Jovanovich, Past Chair, Small Claims Rules Committee, Deerfield Beach, Florida, Joshua E. Doyle, Executive Director, The Florida Bar, Tallahassee, Florida, and Kelly Smith, Bar Liaison, The Florida Bar, Tallahassee, Florida,

    for Petitioner

# APPENDIX

## RULE 7.010.   TITLE AND SCOPE

**(a)** **Title.** These rules ~~shall be~~are cited as Florida Small Claims Rules and may be abbreviated "Fla. Sm. Cl. R." These rules ~~shall~~must be construed to implement the simple, speedy, and inexpensive trial of actions at law in county courts.

**(b)** **Scope.** These rules are applicable to all actions of a civil nature in the county courts which contain a demand for money or property, the value of which does not exceed $8,000 exclusive of costs, interest, and attorneys' fees. If there is a difference between the time period prescribed by these rules and by section 51.011, Florida Statutes, the statutory provision ~~shall~~governs.

### Committee Notes

**1978 Amendment-2013 Amendment.** [No Change]

## RULE 7.020. APPLICABILITY OF RULES OF CIVIL PROCEDURE

**(a) Generally.** Florida Rules of Civil Procedure 1.090(a), (b), and (c); 1.190(a)–(e); 1.210(b); 1.260; 1.410; and 1.560 are applicable in all actions covered by these rules.

**(b)** **Discovery.** Any party represented by an attorney is subject to discovery pursuant to Florida Rules of Civil Procedure 1.280–1.380 directed at said party, without order of court. If a party not represented by an attorney directs discovery to a party represented by an attorney, the represented party may also use discovery pursuant to the above-mentioned rules without leave of court. When a party is not represented by an attorney, and has not initiated discovery pursuant to Florida Rules of Civil Procedure 1.280–1.380, the opposing party ~~shall~~is not ~~be~~entitled to initiate

~~such~~ discovery without leave of court. However, the time for ~~such~~ discovery procedures may be prescribed by the court.

**(c)** **Additional Rules.** In any particular action, the court may order that action to proceed under 1 or more additional Florida Rules of Civil Procedure on application of any party ~~or~~, the stipulation of all parties, or on the court's own motion.

**Committee Notes**

**1972 Amendment-1996 Amendment.** [No Change]